Submitted on record and briefs March 21, affirmed May 25, petition for review denied October 18, 1994 (320 Or 272)

RODGER ROBERT ANSTETT,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(92C-10902, 93C-10414;
CA A76848 (Control), A78733)
(Cases Consolidated)
874 P2d 1358

Garrett A. Richardson, Multnomah Defenders, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Affirmed. *Perry v. Zenon*, 127 Or App 682, 874 P2d 89 (1994).